**NOT FOR PUBLICATION**

FILED

UNITED STATES COURT OF APPEALS

NOV 21 2019

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUAN CARLOS BELTRAN FELIX, AKA
Juan Carlos Beltran,

Petitioner,

v.

WILLIAM P. BARR, Attorney General,

Respondent.

No. 17-73387

Agency No. A205-414-882

MEMORANDUM*

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted November 18, 2019**

Before: CANBY, TASHIMA, and CHRISTEN, Circuit Judges.

Juan Carlos Beltran Felix, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's ("IJ") decision denying his application for adjustment of

status. We have jurisdiction under 8 U.S.C. § 1252. We review de novo claims of

---

\* This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\* The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

due process violations. *Padilla-Martinez v. Holder*, 770 F.3d 825, 830 (9th Cir. 2014). We deny the petition for review.

Beltran Felix's due process claim fails, where the IJ gave him the opportunity to request a continuance to present his wife's testimony, but he opted to complete the hearing that day without her testimony. *See id.* ("To prevail on a due-process claim, a petitioner must demonstrate both a violation of rights and prejudice.").

**PETITION FOR REVIEW DENIED.**